■ Eric D. Baglin, Appellant, v Paul W. Crego, Jr., as Executor of Gerald L. Crego, Deceased, et al., Respondents. [852 NYS2d 918]—

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the

decision at Supreme Court. Present—Hurlbutt, J.P., Smith, Centra, Lunn and Fahey, JJ.